AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 04-CV-295

Consumers Produce Co., Inc., et al

    v.

M.&T. Chirico, Inc., et al

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the summary judgment motions of plaintiffs Consumers Produce Co., Inc. And Chiquita Brands, Inc. are granted. Judgment is entered against defendants Anthony H. Chirico and Mariano L. Chirico, jointly and severally, in the amount of $62,345.24.

Date: September 30, 2005                              RODNEY C. EARLY, CLERK

                                                By:    s/Deborah M. Zeeb
                                                           Deputy Clerk